IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Garcia, Jorge A

Printed: 03/24/09

Case Number:  06 B 15217
Judge:  Hollis, Pamela S
Filed:  11/20/06

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Dismissed: January 26, 2009
Confirmed:  February 26, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 8,040.00 |  |
| Secured: |  | 5,766.46 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,813.32 |
| Trustee Fee: |  | 460.22 |
| Other Funds: |  | 0.00 |
| Totals: | 8,040.00 | 8,040.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Zalutsky & Pinski Ltd | Administrative | 2,954.00 | 1,813.32 |
| 2. | Wells Fargo Home Mortgage | Secured | 0.00 | 0.00 |
| 3. | Household Financial Corporation | Secured | 14,521.26 | 5,766.46 |
| 4. | Wells Fargo Home Mortgage | Secured | 3,170.34 | 0.00 |
| 5. | Beneficial | Unsecured | 1,076.23 | 0.00 |
| 6. | Nicor Gas | Unsecured |  | No Claim Filed |
| 7. | Cbe Group | Unsecured |  | No Claim Filed |
| 8. | A/R Concepts Inc | Unsecured |  | No Claim Filed |
| 9. | H & R Accounts Inc | Unsecured |  | No Claim Filed |
| 10. | Littelfuse Credit Union | Unsecured |  | No Claim Filed |
| 11. | A/R Concepts Inc | Unsecured |  | No Claim Filed |
|  |  |  | $ 21,721.83 | $ 7,579.78 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 314.08 |
| 6.5% | 40.30 |
| 6.6% | 105.84 |
|  | $ 460.22 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Garcia, Jorge A | Case Number:  06 B 15217 |
| | Judge:  Hollis, Pamela S |
| Printed: 03/24/09 | Filed:  11/20/06 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

                        Marilyn O. Marshall, Trustee, by: